

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-23-00043-CV

---

MARK BRADFORD, MIKE CURTIS,
STEPHEN DUNCOMBE, AND LARRY NIKEL, Appellants

V.

COY CLAYTON, KATIE CLAYTON,
AND CHRISTOPHER CLAYTON, Appellees

---

On Appeal from the 278th District Court
Walker County, Texas
Trial Court No. 2130058

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The appellants filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.

*See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:    May 1, 2023
Date Decided:    May 2, 2023

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.